Affirmed as Modified; Opinion Filed November 28, 2012.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01685-CR

### JAMEION LEE WHITEMAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F11-53755-X

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion by Justice Moseley

A jury convicted Jameion Lee Whiteman of robbery. The trial court assessed punishment at five years' imprisonment. In a single issue, appellant contends the judgment should be modified to accurately reflect the offense for which he was convicted and the correct statute for that offense. We modify the trial court's judgment and affirm as modified. The background of the case and the evidence admitted at trial are well known to the parties, and we therefore limit recitation of the facts. We issue this memorandum opinion pursuant to Texas Rule of Appellate Procedure 47.4 because the law to be applied in the case is well settled.

Appellant was convicted of the offense of robbery. *See* TEX. PENAL CODE ANN. § 29.02 (West 2011). The trial court's judgment recites the offense as aggravated robbery with a deadly weapon, pursuant to section 29.03 of the Texas Penal Code. Additionally, the judgment states the offense is a first-degree felony, and recites an affirmative deadly weapon finding. Robbery is a second-degree felony offense, and there is no allegation of a deadly weapon in the indictment or charge to the jury. Thus, the judgment is incorrect. We sustain appellant's issue.

We modify the judgment to show the following: (1) the offense for which appellant was convicted is robbery; (2) the statute for the offense is section 29.02; (3) the degree of the offense is second-degree felony; and (4) the finding on deadly weapon is "N/A." *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd). As modified, we affirm the trial court's judgment.

_____
JIM MOSELEY
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
111685F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JAMEION LEE WHITEMAN, Appellant

No. 05-11-01685-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court No. 6 of Dallas County, Texas (Tr.Ct.No. F11-53755-X).
Opinion delivered by Justice Moseley, Justices Francis and Lang participating.

Based on the Court's opinion of this date, the trial court's judgment is **MODIFIED** as follows:

The section entitled "Offense for which Defendant Convicted" is modified to show "Robbery."

The section entitled "Statute for Offense" is modified to show "29.02 Penal Code."

The section entitled "Degree of Offense" is modified to show "2nd Degree Felony."

The section entitled "Findings on Deadly Weapon" is modified to show "N/A."

As modified, the trial court's judgment is **AFFIRMED**.

Judgment entered November 28, 2012

_____
JIM MOSELEY
JUSTICE